# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 216-005 |
| | ) | |
| VERNARD JERICHO PEARSEY | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the Government's motion to seal Exhibits A and B to its response to Defendant's 18 U.S.C. § 3582(c)(1)(A) motion, the Government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibits A and B with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 6th day of April, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA