# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

VERNARD PEARSEY,

       Movant,

  v.

UNITED STATES OF AMERICA,

       Respondent.

2:16-cr-5

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Movant Vernard Pearsey's ("Pearsey") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. Dkt. No. 117. Pearsey did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Pearsey's 28 U.S.C. § 2255 Motion based on this Court's lack of jurisdiction, dkt. no. 116, and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. I also

**DENY** Pearsey *in forma pauperis* status on appeal and a Certificate

of Appealability.

    **SO ORDERED**, this __15__ day of April, 2026.

             HON. LISA GODBEY WOOD, JUDGE
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF GEORGIA